**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Fortuna Grassano

                Plaintiff,

v.                                Case No.: 1:08–cv–00458
                                          Honorable Milton I. Shadur

Serumido, Ltd.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 25, 2008:

      MINUTE entry before Judge Milton I. Shadur :Enter Memorandum Order. Answer paragraph 3 is accordingly stricken with leave to file an appropriate amended answer to that paragraph on or before February 1, 2008, failing which the allegation in Complaint 3 will be deemed to have been admitted.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.