```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

FORTUNA GRASSANO,                )
                                 )
          Plaintiff,             )
                                 )
     v.                          )     No.  08 C 458
                                 )
SERUMIDO, LTD.,                  )
                                 )
          Defendant.             )

## MEMORANDUM ORDER

Serumido, Ltd. ("Serumido") has filed its Answer to the Complaint brought against it by Fortuna Grassano in this action just removed to this District Court from the Circuit Court of Cook County. This memorandum order is issued sua sponte because of the manner in which Serumido's counsel has dealt with Complaint ¶3:

> 3. At all relevant times, Jonathan Goldsmith ("Goldsmith") was acting as an agent/employee of defendant within the course of said agency/employment.
>
> ANSWER: Defendant neither admits nor denies the allegations of Paragraph 3 as they are too vague to permit a rationale response. Further answering, Defendant states that Goldsmith did on various occasions act as an agent of Defendant.

Quite apart from counsel's misspelling of "rational," that purported response is really nonsensical. Fed. R. Civ. P. ("Rule") 8(b) calls for a straightforward response ("aye" or "nay") to Grassano's readily answerable allegation, and Answer ¶3 is accordingly stricken with leave to file an appropriate amended answer to that paragraph on or before February 1, 2008, failing

which the allegation in Complaint ¶3 will be deemed to have been admitted.

                                            _____
                                            Milton I. Shadur
                                            Senior United States District Judge

Date:   January 25, 2008