U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08 C 0458
Fortuna Grassano, Plaintiff
v.
Serumido, Ltd., Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Fortuna Grassano, Plaintiff -Counter Defendant

| | |
|---|---|
| NAME (Type or print) <br> Hall Adams | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Hall Adams | |
| FIRM <br> Law Office of Hall Adams, LLC | |
| STREET ADDRESS <br> 77 West Wacker Drive, Ste. 4800 | |
| CITY/STATE/ZIP <br> Chicago, IL  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6194886 | TELEPHONE NUMBER <br> 312 606 8711 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES ✓   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ✓   NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES ✓   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ✓   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |