7317

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FORTUNA GRASSANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 0458 |
| | ) | |
| SERUMIDO, LTD., an Illinois corporation, | ) | Mag. Judge Nolan |
| | ) | |
| | ) | Judge Milton Shadur |
| Defendant. | ) | |

## NOTICE OF FILING

TO:  Robert T. Zielinski
     Miller Canfield Paddock and Stone, P.L.C.
     225 West Washington Street, Suite 2600
     Chicago, IL  60606

   PLEASE TAKE NOTICE that on February 11, 2007, we filed Plaintiff's Reply to Defendant's Affirmative Defenses and Counterclaim with the Clerk of the United States District Court, a copy of which is attached hereto and served upon you.

                                          /s/ Hall Adams
                                          One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
77 West Wacker Drive, Suite 4800
Chicago, IL  60601
Attorney's I.D. #6194886

Peter S. Stamatis
Law Offices of Peter S. Stamatis, P.C.
77 West Wacker Drive, Suite 4800
Chicago, IL  60601
Attorney I.D. #6217496

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that service of the foregoing Notice of Filing and Plaintiff's Reply to Defendant's Affirmative Defenses and Counterclaim, shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on February 11, 2008.

                                                /s/ Hall Adams
                                      One of Plaintiff's Attorneys