7317

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| FORTUNA GRASSANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 0458 |
| | ) | |
| SERUMIDO, LTD., an Illinois corporation, | ) | Mag. Judge Nolan |
| | ) | |
| | ) | Judge Milton Shadur |
| Defendant. | ) | |

### NOTICE OF FILING

TO:  Robert T. Zielinski
Miller Canfield Paddock and Stone, P.L.C.
225 West Washington Street, Suite 2600
Chicago, IL 60606

PLEASE TAKE NOTICE that on March 25, 2008, we filed Plaintiff's Answer to Defendant's First Set of Request for Admission with the Clerk of the Circuit Court of Cook County, a copy of which is attached hereto and served upon you.

/s/ Hall Adams
One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
77 West Wacker Drive, Suite 4800
Chicago, IL 60601
Attorney's I.D. #6194886

Peter S. Stamatis
Law Offices of Peter S. Stamatis, P.C.
77 West Wacker Drive, Suite 4800
Chicago, IL 60601
Attorney I.D. #6217496

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing Notice of Filing and Answer shall be accomplished pursuant to Electronic Court Filing procedures and first class U.S. mail to counsel who are Filing Users on March 25, 2008.

                                        /s/ Hall Adams
                                    One of Plaintiff's Attorneys