7317

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| FORTUNA GRASSANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 0458 |
| | ) | |
| SERUMIDO, LTD., an Illinois corporation, | ) | Mag. Judge Nolan |
| | ) | |
| | ) | Judge Milton Shadur |
| Defendant. | ) | |

## MOTION OF HALL ADAMS TO WITHDRAW
## AS COUNSEL OF RECORD FOR PLAINTIFF

Per Rule 1.16(a)(2) of the Illinois Rules of Professional Conduct and by 18 March 2008 order of the Illinois Supreme Court (Ex. A), the undersigned moves for leave to withdraw as counsel for Plaintiff, Fortuna Grassano, and Peter S. Stamatis will remain counsel of record for Plaintiff, Fortuna Grassano.

_____
Hall Adams

Law Offices of Hall Adams LLC
77 West Wacker Dr., Suite 4800
Chicago, IL 60601
Attorney #:40587
T:  312-606-8711
F:  312-444-9658

Law Offices of Peter S. Stamatis
77 West Wacker Dr., Suite 4800
Chicago, IL  60601
Attorney #:  33795
T:  312-606-0045
F:  312-606-0085