Case 1:08-cv-00458    Document 19-2    Filed 04/02/2008    Page 1 of 3



# SUPREME COURT OF ILLINOIS
SUPREME COURT BUILDING
SPRINGFIELD 62701

JULEANN HORNYAK
CLERK OF THE COURT
(217) 782-2035

TELECOMMUNICATIONS DEVICE
FOR THE DEAF
(217) 524-8132

March 17, 2008

FIRST DISTRICT OFFICE
20TH FLOOR
160 N. LASALLE ST.
CHICAGO 60601
(312) 793-1332

TELECOMMUNICATIONS DEVICE
FOR THE DEAF
(312) 793-6185

Ms. Susan Frederick Rhodes
Attorney Reg. & Disc. Comm.
One Prudential Plaza
130 E. Randolph Drive, S#1500
Chicago, IL 60601

TODAY THE COURT ENTERED THE FOLLOWING ORDER:

M.R.22150 - In re: Hall Adams, III. Disciplinary Commission.

    The petition by the Administrator of the Attorney Registration and Disciplinary Commission for leave to file exceptions to the report and recommendation of the Review Board is denied. Respondent Hall Adams, III is suspended from the practice of law for five and a half (5.5) months, as recommended by the Review Board. By concurring with the Review Board's recommendation of discipline, the Court is not adopting the reasoning of the Review Board including its statement on the "limited precedential value" of consent cases.

    Suspension effective April 7, 2008.

    Respondent Hall Adams, III shall reimburse the Client Protection Program Trust Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.

    Order entered by the Court.

cc:  Mr. William J. Martin
     Ms. Jean M. Snyder
     Mr. Kenneth Jablonski, One Prudential Plaza
     Hall Adams III


EXHIBIT A

STATE OF ILLINOIS
SUPREME COURT

At a Term of the Supreme Court, begun and held in Springfield, on Monday, the tenth day of March, 2008.

Present: Robert R. Thomas, Chief Justice
Justice Charles E. Freeman        Justice Thomas R. Fitzgerald
Justice Thomas L. Kilbride        Justice Rita B. Garman
Justice Lloyd A. Karmeier         Justice Anne M. Burke

---

On the seventeenth day of March, 2008, the Supreme Court entered the following judgment:

In re:

   M.R.22150

Hall Adams III                              Attorney
77 W. Wacker Dr., Suite 4800                Registration and
Chicago, IL  60601-1664                     Disciplinary
                                            Commission
                                            05CH30

The petition by the Administrator of the Attorney Registration and Disciplinary Commission for leave to file exceptions to the report and recommendation of the Review Board is denied. Respondent Hall Adams, III is suspended from the practice of law for five and a half (5.5) months, as recommended by the Review Board. By concurring with the Review Board's recommendation of discipline, the Court is not adopting the reasoning of the Review Board including its statement on the "limited precedential value" of consent cases.

Suspension effective April 7, 2008.

Respondent Hall Adams, III shall reimburse the Client Protection Program Trust Fund for any Client Protection payments arising from his conduct prior to the termination of the period of suspension.

Order entered by the Court.

STATE OF ILLINOIS
SUPREME COURT

As Clerk of the Supreme Court of the State of Illinois and keeper of the records, files and Seal thereof, I certify that the foregoing is a true copy of the final order entered in this case.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Court, this seventeenth day of March, 2008.

*Juleann Hornyak*
Clerk,
Supreme Court of the State of Illinois