7317

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FORTUNA GRASSANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 0458 |
| | ) | |
| SERUMIDO, LTD., an Illinois corporation, | ) | Mag. Judge Nolan |
| | ) | |
| | ) | Judge Milton Shadur |
| Defendant. | ) | |

### NOTICE OF MOTION

TO: Robert T. Zielinski
Miller Canfield Paddock and Stone, P.L.C.
225 West Washington Street, Suite 2600
Chicago, IL 60606

@ 9.15 a.m.

PLEASE TAKE NOTICE that on 4 April, 2008, I shall appear before the Honorable Judge Milton Shadur in Room 2303 to present Motion to Withdraw as Counsel of Record for Plaintiff, a true and correct copy is hereto attached.

                                                                  /s/ Hall Adams
                                                           One of Plaintiff's Attorneys

Hall Adams
Law Offices of Hall Adams LLC
77 West Wacker Drive, Suite 4800
Chicago, IL 60601
Attorney's I.D. #6194886

Peter S. Stamatis
Law Offices of Peter S. Stamatis, P.C.
77 West Wacker Drive, Suite 4800
Chicago, IL 60601
Attorney I.D. #6217496

## CERTIFICATE OF SERVICE

     The undersigned attorney certifies that service of the foregoing Notice of Motion and Motion to Withdraw as Counsel of Record for Plaintiff, shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on April 2, 2008.

                                            /s/ Hall Adams
                                      One of Plaintiff's Attorneys