7317

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FORTUNA GRASSANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 0458 |
| | ) | |
| SERUMIDO, LTD., an Illinois corporation, | ) | Mag. Judge Nolan |
| | ) | |
| | ) | Judge Milton Shadur |
| Defendant. | ) | |

## PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff, Fortuna Grassano, by her attorney, Peter S. Stamatis, makes the following initial disclosures pursuant to Rule 26(a) of the Federal Rules of Civil Procedure:

Individuals with Discoverable Information:

1. Jonathan Goldsmith - all matters relating to defendant's liability and plaintiff's damages;

2. Plaintiff - 2909 S. Emerald, Chicago, Illinois 60616, same topic as No. 1;

3. Francesco Grassano, 2909 S. Emerald, Chicago, Illinois 60616 - terms of plaintiff's employment with defendant; plaintiff's damages; validity and genuiness of injuries/disability resulting from subject workplace injury;

4. Charles Slack, M.D. - plaintiff's injury/disability
   150 N. Michigan Avenue, #1400
   Chicago, Illinois 60601
   312-738-2954

5.      Robert Schenck, M.D. – plaintiff's injury/disability
   Rush University
   847-517-4262

6.      Keith Knapp, M.D. – plaintiff's injury/disability
   3303 S. Halsted
   Chicago, Illinois
   773-890-0800

7.      Gwen Veronica Carroll, GVC, Ltd., 53 West Jackson Blvd. Suite 205, Chicago, Illinois 60604, 312-939-9909 - terms of plaintiff's employment with defendant and defendant's promises and admissions, via counsel, with respect to same and breach thereof as alleged, defendant's refusal/failure to pay back wages and overtime until threatened with lawsuit, defendant's termination of plaintiff's employment and timing of and basis for same, negotiations with and admissions of defendant's attorney in connection with all of above topics.

8.      Robert Zielinski, McGuire Woods LLP, 77 W. Wacker Drive, Chicago, Illinois 60601, 312-849-8100 - terms of plaintiff's employment with defendant and defendant's promises and admissions, via counsel, with respect to same and breach thereof as alleged, defendant's refusal/failure to pay back wages and overtime until threatened with lawsuit, defendant's termination of plaintiff's employment and timing of and basis for same, negotiations with and admissions of defendant's attorney in connection with all of above topics.

9.      Ron Sturek, Crawford & Co., 847 517 4262 - facts/circumstances/communications with defendant regarding plaintiff's workman's compensation claim, Crawford & Co. Claim no. 74201.

10.     Joseph J. Spingola, 47 W. Polk Street, 3rd Floor, Dearborn Station, Chicago, Illinois 60605- facts/circumstances/communications with defendant's attorneys and agents regarding plaintiff's workman's compensation claim

11.     Beth S. Dolehide, Guber McAndrews & Norgle LLC, 53 W. Jackson Blvd., Suite 304 Chicago, Illinois 60604 facts/circumstances/communications with plaintiff's workman's compensation counsel, defendant and defendant's insurer regarding plaintiff's workman's compensation claim

12. Kristofek Financial Corp. 2700 Lincoln St, Evanston, IL 60201-2043 - defendant's profits during the subject period

### Documents

1. Correspondence between Carroll and Zielinski - in possession plaintiff's present and prior counsel

2. Draft employment agreements between the parties - in possession of plaintiff's current attorney

3. Correspondence to defendant and/or defendant's agents and attorney's regarding plaintiff's worker's compensation claim - in possession of plaintiff's workman's compensation Attorney Spingola

### Damages Claimed

1. Back pay – calculations pending;

2. Front pay – calculations pending;

3. Punitive damages and such statutory penalties as plaintiff is entitled to recover under the Fair Labor Standards Act and/or common law of Illinois as may be determined by the trier of fact and/or court.

4. Attorney's fees/costs as provided for by the Fair Labor Standards Act as they may be set and awarded by the court.

5. % of profits, if any, to be determined following forensic accounting analysis of defendant's relevant financial data.

/s/ Peter S. Stamis
One of Plaintiff's Attorneys

Peter S. Stamis
Law Offices of Peter S. Stamis, P. C.
77 W. Wacker Drive
Suite 4800
Chicago, IL 60601
Tel. 312/606-0045
Fax:312.606-0085
Attorney #:6217496

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing Notice of Filing and Plaintiff's Initial Disclosures upon counsel of record via first class U.S. mail on this 5th day of May, 2008.

/s/Peter S. Stamatis
One of Plaintiff's Attorneys