7317

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| FORTUNA GRASSANO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 0458 |
| | ) | |
| SERUMIDO, LTD., an Illinois | ) | Mag. Judge Nolan |
| corporation, | ) | |
| | ) | Judge Milton Shadur |
| Defendant. | ) | |

## NOTICE OF FILING

TO:   Robert T. Zielinski
      Miller Canfield Paddock and Stone, P.L.C.
      225 West Washington Street, Suite 2600
      Chicago, IL  60606

PLEASE TAKE NOTICE that on May 5, 2008, we filed Plaintiff's Initial Disclosures with the Clerk of the United States District Court, a copy of which is attached hereto and served upon you.

_____/s/ Peter S. Stamatis_____
One of Plaintiff's Attorneys

Peter S. Stamatis
Law Offices of Peter S. Stamatis, P.C.
77 West Wacker Drive, Suite 4800
Chicago, IL  60601
Attorney I.D. #6217496

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that service of the foregoing Notice of Filing and Plaintiff's Initial Disclosures, shall be accomplished pursuant to Electronic Court Filing procedures to counsel who are Filing Users on May 5, 2008.


_____/s/ Peter S. Stamatis_____
One of Plaintiff's Attorneys

2