IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FORTUNA GRASSANO,            )
                             )
            Plaintiff,       )
                             )
    v.                       )   No. 08 C 458
                             )
SERUMIDO, LTD.,              )
                             )
            Defendant.       )

## MEMORANDUM ORDER

Counsel for plaintiff Fortuna Grassano ("Grassano") has served notice of a motion, scheduled for presentment on June 22, seeking to modify the final pretrial order in this case to reflect Grassano's withdrawal of her claim that her assertedly unlawful discharge was at least partially in retaliation for her exercise of rights under the Illinois Worker's Compensation Act. As counsel for the parties have previously been informed, this Court will be away from chambers from June 10 through June 18, so that its first work day after today is scheduled for June 21. Both because of the anticipated shortening of the time for retrial and to facilitate the handling of matters that will inevitably have accrued during the period of this Court's absence, it reschedules the commencement of the retrial from June 23 to June 24.

In the interim, counsel for Grassano and for defendant Serumido, Ltd. are ordered to confer about the proposed jury instructions in the case, using as a starting point the

instructions given during the original trial and making the modifications necessary to reflect the narrowed scope of Grassano's claims.  They are further ordered to deliver to this Court's chambers on or before June 18 a set of the proposed instructions (including alternative instructions in any areas about which the parties disagree).  Needless to say, if the parties resolve the case short of trial in the same interim period, they are ordered to apprise this Court's staff of that immediately, to obviate the need for this Court to work on the matter immediately after its return.

                                             _____
                                             Milton I. Shadur
                                             Senior United States District Judge

Date:  June 9, 2010